August 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD ALAN HAASE, Appellant

NO. 14-11-00024-CV                           V.

PEARL RIVER POLYMERS, INC., POLYCHEMIE, INC., POLYDYNE, INC.,
CHEMTALL, INC., SNF HOLDING COMPANY, SNF, INC., WRIGHT & CLOSE
LLP, AND PROVOST HUMPHREY, LLP, Appellees

_____

This cause, an appeal from the judgment signed January 6, 2011 in favor of appellees Pearl River Polymers, Inc., Polychemie, Inc., Polydyne, Inc., Chemtall, Inc., SNF Holding Company, SNF, Inc., Wright & Close LLP, and Provost Humphrey, LLP, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Richard Alan Haase to pay all costs incurred in this appeal.

We further order this decision certified below for observance.